APRIL 9, 1962.

No. 142. SHOTWELL MANUFACTURING CO. ET AL. *v.* UNITED STATES. Certiorari, 368 U. S. 946, to the United States Court of Appeals for the Seventh Circuit. The motion of petitioners to postpone oral argument is granted. *George T. Christensen* and *William T. Kirby* for petitioners.

No. 683. PINTO ET AL. *v.* STATES MARINE CORPORATION OF DELAWARE ET AL. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioners. *Arthur M. Boal* for Volusia Steamship Co. et al., *Victor S. Cichanowicz* for Mathiasen's Tanker Industries, Inc., *Robert M. Pellegrino* for Terminal Steamship Co., and *Corydon B. Dunham* for States Marine Corporation of Delaware, respondents.

No. 720. GULF BOTTLERS, INC., *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Conrad Meyer III* and *Charles A. Hobbs* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 738. HARRIS, TRUSTEE IN BANKRUPTCY, *v.* STANDARD ACCIDENT & INSURANCE CO. C. A. 2d Cir. Certiorari denied. *William A. Hyman* for petitioner. *James B. Donovan* and *Patrick J. Hughes* for respondent.